IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
SCOTT N. JOHNSON,              )
                               )    2:06-cv-2104-GEB-KJM
          Plaintiff,           )
                               )
     v.                        )    ORDER RE:  SETTLEMENT
                               )    AND DISPOSITION
IHSAN AMMARI; ALIA AMMARI; and )
DOES 1 through 10, inclusive,  )
                               )
          Defendants.          )
                               )
```

On November 30, 2006, Plaintiff filed a Notice of Settlement in which he states "the parties have settled this action" and "[d]ispositional documents will be filed within (20) calendar days." Therefore, a dispositional document shall be filed no later than December 20, 2006. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

/////
/////
/////

1

1  The status conference scheduled for December 18, 2006, is
2 reset for hearing on January 29, 2007, in the event that no
3 dispositional document is filed, or if this action is not otherwise
4 dismissed. Further, a joint status report shall be filed fourteen
5 days prior to the status conference.[1]
6  IT IS SO ORDERED.

Dated: December 1, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that an action has been settled does not justify removal of the action from a district court's trial docket. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2